IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADAM BRIONES, a resident of Toledo, Ohio,

    Plaintiff,

  v.

BAXTER HEALTHCARE CORPORATION, a Delaware corporation, and its HYLAND DIVISION, ARMOUR PHARMACEUTICAL COMPANY, INC., a Delaware corporation, and ALPHA THERAPEUTIC CORPORATION, a California corporation,

    Defendants.

                                    /

No. C 07-01194 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**

The case management conference, currently set for June 7, 2007, is **CONTINUED** to **AUGUST 2, 2007, AT 11:00 A.M.** Please file a joint case management statement at least seven days prior. All related deadlines are **EXTENDED** accordingly.

**IT IS SO ORDERED.**

Dated: June 4, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE