```
Kevin J. Stack (State Bar No. 72782)
kjs@kpclegal.com
KNAPP, PETERSEN & CLARKE
500 North Brand Boulevard, 20th Floor
Glendale, California 91203-1904
Telephone:  (818) 547-5000
Facsimile:  (818) 547-5329

Attorneys for Defendant
ALPHA THERAPEUTIC CORPORATION
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM BRIONES, a resident of Toledo, Ohio,<br><br>    Plaintiff,<br><br>v.<br><br>BAXTER HEALTHCARE CORPORATION, a Delaware corporation, and its HYLAND DIVISION; ARMOUR PHARMACEUTICAL COMPANY, INC., a Delaware corporation; and ALPHA THERAPEUTIC CORPORATION, a California corporation,<br><br>    Defendants. | NO. C 07 1194 WHA<br><br>ORDER vacating case management conference [PROPOSED] and staying proceedings |

Pursuant to the ex parte application of the parties, stipulation of the parties and the transfer of this action to MDL-986:

IT IS ORDERED that the initial case management conference set on August 2, 2007 is off calendar and all pretrial proceedings in the Northern District of California shall be stayed during the pendency of this action in the Northern District of Illinois as part of MDL-986. The stay

////

-1-

530399.1  00115/00781

1  shall expire 30 days following the remand of the case by the
2  MDL court.
3  DATED: July 30, 2007

　　　　　　　　　　　　　　　　　　　/s/ William Alsup
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge William Alsup*

KNAPP,
PETERSEN
& CLARKE

-2-

530399.1    00115/00781